**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **RICHARD PAGE, individually and on behalf of all others similarly situated** | § § § | |
| **PLAINTIFF** | § § | |
| **Vs.** | § § | No. 5:15-CV-00193-RP |
| **CRESCENT DIRECTIONAL DRILLING, L.P.** | § § § | |
| **DEFENDANT.** | § § | |

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

COMES TO BE HEARD this day the Joint Motion to Dismiss with Prejudice filed by Richard Page, individually and as the representative of the collective action members Aaron Abely, William Nash, George Sakas, James Sturgell, Shad Davidson, Randy Patton, Robert LaRosa, John Blackwood, Sal Hernandez, Sim Taylor, Justin Bobillo, Byron Bolton, Kenneth Haslam, David Lloyd, Eric Stringfellow, Dakota Ogle, Brian LaRue, Dustin Lien, Michael Hill, Garrett Peery, Jose Gonzalez, and Dara Coulon, and on behalf of Joe Lilley and Randall Hall ("Plaintiffs"), and Crescent Directional Drilling, L.P. ("Defendant"). The Court is of the opinion that the Motion has merit and should be GRANTED.

Accordingly, it is ORDERED that the parties' Joint Motion to Dismiss with Prejudice is GRANTED. It is further ORDERED that Plaintiffs' claims against Defendant are DISMISSED WITH PREJUDICE in their entirety.

Signed this __1__ day of __SEPTEMBER__, 2016.

_____
UNITED STATES DISTRICT JUDGE